FILED

2010 AUG 25 AM 10: 17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Angela Davis,

    Plaintiff,

v.

H&P Capital, Inc.,

    Defendant.

Case No.:

3:10-cv-748-J-34JBT

COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF

JURY DEMAND ENDORSED HEREIN

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because Defendant resides in this District under 28 U.S.C. §1391.

## FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

3. As described below Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5).

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. On or around April 19, 2010, Defendant telephoned Plaintiff's place of employment and left a voice message for Plaintiff which stated that Plaintiff had only 24 hours to resolve the debt before Defendant proceeded with legal action against Plaintiff.

6. On or around April 19, 2010, Plaintiff telephoned Defendant in response to the above referenced voice message.

7. During this communication, Defendant falsely represented that unless Plaintiff paid the debt within 24 hours, Plaintiff's file would be forwarded to her local county.

8. On or around May 6, 2010, Defendant telephoned Plaintiff's place of employment.

9. During this communication, Defendant falsely represented that Plaintiff had committed a federal crime.

10. During this communication, Defendant falsely represented that Plaintiff would be arrested if the debt was not paid by 5:00pm that day.

11. During this communication, Defendant threatened that Plaintiff was going to "have a long night" if the debt was not paid by 5:00pm. Plaintiff asked Defendant what was meant by "a long night" and Defendant replied that Plaintiff would see what it meant and abruptly hung up the telephone.

12. Defendant caused Plaintiff emotional distress.

13. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates the preceding paragraphs 5-11 as if specifically stated herein.

15. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with the collection of the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

16. Plaintiff incorporates the preceding paragraphs 5-11 as if specifically stated herein.

17. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations in connection with the collection of the debt. .

## JURY DEMAND

18. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

19. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, LLP

By: /s/ Helene Karen Gatto
    Helene Karen Gatto
    Bar # 0190527
    2901 West Busch Blvd, Suite 701
    Tampa, FL 33618
    Telephone: 866-339-1156
    Email: kga@legalhelpers.com
    Attorneys for Plaintiff