UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANGELA DAVIS,

        Plaintiff,

vs.                                             Case No. 3:10-cv-748-J-34JBT

H&P CAPITAL, INC.,

        Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal With Prejudice (Dkt. No. 5; Notice) filed on January 19, 2011. In the Notice, Plaintiff seeks dismissal of this matter with prejudice. <u>See</u> Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1.      This case is **DISMISSED with prejudice**.

2.      The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of January, 2011.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record